Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorneys for Plaintiff Lori Kleiman

# UNITED STATES DISTRCT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI KLEIMAN, an individual, | Case No.:  CV 12-9729 CAS (AJWx) |
| Plaintiff, | **Stipulation for Conditional Entry of Judgment and Notice of Conditional Settlement** |
| v. | |
| EQUABLE ASCENT FINANCIAL LLC, et al., | |
| Defendants. | |

It is stipulated by and between Plaintiff Lori Kleiman and Defendant CREDITOR IUSTUS ET REMEDIUM, LLP ("Defendant") that these parties have settled the matter between as outlined below.

## I.
## NOTICE OF CONDITIONAL SETTLEMENT

Plaintiff and Defendant agree that the Court shall vacate the upcoming Settlement Conference and Trial dates and retain jurisdiction in the event of Defendant's default of the

settlement agreement. In the event of a default in payments, it is agreed that the Court, at the request of Plaintiff, may enter judgment in the amounts outlined in Paragraph V, with ten days' notice to the Defendants.

## II.
## STATUTE OF LIMITATIONS

The parties to this stipulation waive all statutes of limitations and any other legal impediment or bar to this Court taking jurisdiction again of this case under the circumstances set forth above.

## III.
## STIPULATED AMOUNT AND METHOD OF REPAYMENT

Defendant shall pay $17,566.66 to Plaintiff, care of her attorneys' client trust account, in five monthly installments of at least $3,513.33 beginning February 15, 2014 and continuing to June 15, 2014 ("Settlement Amount").

## IV.
## FULL PAYMENT OF STIPULATED JUDGMENT

Upon completion of the full payment of the Settlement Amount, Plaintiff will submit to the court its joint motion for dismissal with prejudice as to this action.

## V.
## DEFAULT IN REPAYMENT TERMS AND AMOUNT OF JUDGMENT

In the event Defendant fails to timely make any payment pursuant to this agreement, and upon declaration of Plaintiff's attorney regarding said default, the Court shall enter a judgment in favor of Plaintiff and against Defendant, in the amount of the Settlement Amount less any credits for payments received.

In the event of default Defendant shall be provided ten days' notice prior to Plaintiff

1  requesting the entry of judgment.
2      Respectfully submitted,
3
4  Date: January 13, 2014  /s/Octavio Cardona-Loya II  .
   Octavio Cardona-Loya II,
5  Attorney for Plaintiff
6
7  Date: January 13, 2014  /s/Tara Muren  .
   Tara Muren,
8  Attorney for Defendant CREDITOR IUSTUS ET
9  REMEDIUM, LLP