JS-6

# UNITED STATES DISTRCT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI KLEIMAN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>EQUABLE ASCENT FINANCIAL LLC, et al.,<br><br>        Defendants. | Case No.:  CV 12-9729 CAS (AJWx)<br><br>**Order re: Stipulation for Conditional Entry of Judgment and Notice of Conditional Settlement** |

Pursuant to the parties' stipulation, the court vacates the Settlement Conference and trial dates and will retain jurisdiction in the event of Defendant's default. In the event of a default in payments, Plaintiff shall request judgment against Defendant.

    IT IS SO ORDERED

                                                     *[signature: Christina A. Snyder]*

Date: January 13, 2014

                                                     United States District Court Judge

1
Order re: Stipulation for Conditional Entry of Judgment and Notice of Conditional Settlement